**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00665-REB-BNB

MELANIE MORGAN,

        Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

        Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE
---

    **COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: April 19, 2011.

                              Respectfully submitted,


                              _s/ David M. Larson_____
                              David M. Larson, Esq.
                              405 S. Cascade Avenue, Suite 305
                              Colorado Springs, CO 80903
                              (719) 473-0006
                              Attorney for the Plaintiff